UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DONNA LEAK,

                     Plaintiff,

      -against-

LOCAL 32BJ SEIU, *et al.*,

                    Defendants.
------------------------------------------------------------x

09 Civ. 8462 (SHS) (RLE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/10

SIDNEY H. STEIN, U.S. District Judge.

    On October 6, 2009, *pro se* plaintiff Donna Leak filed the instant complaint alleging violation of Title I of the Labor Management Reporting and Disclosure Act (29 U.S.C. §§ 411-15 ("LMRDA")). Pending before the Court are motions by defendants to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [Dkt. # 10 and Dkt. # 14]. On May 18, 2010 Magistrate Judge Ronald Ellis issued a Report and Recommendation, recommending that defendants' motions both be granted and that plaintiff's motion to amend his complaint be denied.

    Having received timely objections from plaintiff the Court reviews the magistrate judge's ruling *de novo* pursuant to Fed. R. Civ. P. 72(b)(3). Applying that standard, the Court adopts the magistrate's report in its entirety.

    Plaintiff has not set forth with any specificity what portions of the Magistrate's report and recommendation she is objecting to. Instead, she merely repeats arguments that have already been made before Magistrate Judge Ellis.

    Accordingly, it is hereby ORDERED that:

    1. Magistrate Judge Ellis's Report and Recommendation is adopted in its entirety;

    2. Defendants' motions to dismiss the complaint [Dkt. # 10 and Dkt. # 14] are granted; and

1

3. Plaintiff's motion to amend the complaint [Dkt. # 27] is denied and the case is dismissed.

Dated: New York, New York
       June 21, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.